UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
(WESTERN DIVISION)

BRUCE M. COOPER, JOHN W. ROMITO and
ROY L. BAKER, Individually and on Behalf of All
Other Persons Similarly Situated,
          Plaintiffs,

v.

CHARTER COMMUNICATIONS, INC. and
CHARTER COMMUNICATIONS
ENTERTAINMENT, LLC,
          Defendants

Civil Action No. 12-10530-MAP

## PLAINTIFFS' MOTION FOR LEAVE
## TO FILE A SECOND AMENDED COMPLAINT

Plaintiffs, Bruce M. Cooper, John W. Romito, and Roy L. Baker, by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 15(a), move for leave to file a Second Amended Complaint. The proposed Second Amended Complaint is attached hereto as **Exhibit 1**. The purposes of the Second Amended Complaint are as follows: (1) to add an additional representative plaintiff, and (2) to clarify the claims brought by Plaintiffs against Defendants in light of both Defendants' removal of the case to federal court and arguments raised in conjunction with Defendants' Motion to Dismiss. In further support of their Motion, Plaintiffs submit the accompanying Memorandum of Law.

*[Handwritten annotation:]* ALLOWED. The court will consider the arguments offered in Defendant's Motion to Dismiss as they apply to the Second Amended Complaint. The clerk will now docket the Second Amended Complaint (Exhibit 1) separately. So ordered. Michael A. Ponsor U.S.D.J. 9·27