# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRUCE M. COOPER, JOHN W. ROMITO, ROY L. BAKER, and WHITNEY TAYLOR THOMPSON,<br>    Plaintiffs<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC. and CHARTER COMMUNICATIONS ENTERTAINMENT I, LLC,<br>    Defendants | CIVIL ACTION NO.<br><u>3:12-cv-10530-MAP</u> |

## JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ] **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

**JUDGMENT** entered for the defendants Charter Communications, Inc., et al., against the plaintiff's Bruce M. Cooper, et al., pursuant to the court's memorandum and order entered this date, granting the defendant's motion to dismiss.

                                            **ROBERT M. FARRELL**,
                                            ACTING CLERK OF COURT

Dated: May 21, 2013                /s/ *Maurice G. Lindsay*
                                         Maurice G. Lindsay
                                         Deputy Clerk